UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARDI GRAS ZONE, LLC, ET AL.                         CIVIL ACTION

VERSUS                                               NO. 21-1994

UNDERWRITERS AT LLOYD'S,                             SECTION "R" (2)
LONDON, ET AL.

## ORDER AND REASONS

Before the Court is a joint motion for *pro tanto* dismissal with prejudice.[1] This Court's September 16, 2025 Order of Dismissal dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2] Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice,

The Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 25th day of September, 2025.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 46.
[2]   R. Doc. 45.

1